```
UNITED STATES DISTRICT COURT            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK           DOCUMENT
------------------------------------X   ELECTRONICALLY FILED
                                    :   DOC #:
KWWK, INC.,                         :   DATE FILED: 01/28/2020
                       Plaintiff,   :
                                    :   19 Civ. 10844 (LGS)
            -against-               :
                                    :   ORDER
WORLD INSPECTION NETWORK            :
INTERNATIONAL LLC, et al.,          :
                       Defendants.  :
------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference in this matter previously scheduled for January 30, 2020 at 10:40 a.m., is adjourned to **February 27, 2020 at 10:40 a.m**., due to a scheduling conflict.

Dated: January 28, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**